*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ELDRES LAYNES-MENDEZ                           Case No.   26-CV-88
Plaintiff

VS.                                                          Judge
BRIAN ACUNA, ET AL.                              Magistrate Judge
Defendant

**ORDER**

IT IS ORDERED that <u>CHELSEA PAULETTE SPARKMAN</u> be and is hereby admitted

to the bar of this Court pro hac vice on behalf of <u>ELDRES LAYNES-MENDEZ</u> in the above

described action.

SO ORDERED on this, the __9th__ day of _____February_____, 20<u>26</u>.

_____
U.S. Magistrate Judge